IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10944
Summary Calendar
_____

JAMES STEPHEN JONES,

                                        Plaintiff-Appellant,

versus

M. L. GRENINGER, ET AL.,

                                        Defendants,

WILLIE ROBERTS,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-1274-D
- - - - - - - - - -
April 12, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    James Stephen Jones, a federal prisoner (# 56081-080),
appeals from the district court's order granting the summary-
judgment motion filed by defendant Willie Roberts.  In 1999, this
court had affirmed the court's granting of a motion to dismiss by
several other defendants and remanded for further proceedings
solely with respect to a retaliation claim against Roberts.
Jones v. Greninger, 188 F.3d 322, 327 (5th Cir. 1999).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Jones argues that he has demonstrated a "chronology of events" that established that Roberts intended to retaliate against him for Jones' filing of a grievance against a since-dismissed defendant, Yolanda Cornelius. Jones' allegations suggest little more than that, on the same day he filed the grievance, Roberts told him that he was being reassigned to a new prison job. Jones' assertions, even if assumed to be true, remain too conclusional to establish that Roberts was acting in retaliation. See Woods v. Smith, 60 F.3d 1161, 1165 (5th Cir. 1995). He has failed to show that a genuine issue of material fact remains with respect to his retaliation claim against Roberts. Celotex v. Catrett, 477 U.S. 317, 325 (1986); Whittaker v. BellSouth Telecommunications, Inc., 206 F.3d 532, 534 (5th Cir. 2000).

AFFIRMED.